**Entered on Docket
August 16, 2010**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

Anthony A. Zmaila (NV Bar No. 2319)
Email: tony@aaznevada.com
Peter J. Goatz (NV Bar No. 11577)
Email: peter@aaznevada.com
**ANTHONY A. ZMAILA LIMITED PLLC**
265 East Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119
Telephone:  (702) 614-8800
Facsimile:  (702) 614-8700

*Attorneys for James F. Lisowski, Sr., Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

CROFTS & MILLER, INC., DBA THE ICE HOUSE LOUNGE,

        Debtor.

Case No. BK-S-09-11393-BAM
Chapter 7

**ORDER GRANTING TRUSTEE'S MOTION TO SELL DEBTOR'S ASSETS**

Date of Hearing:    August 10, 2010
Time of Hearing:    2:30PM

       This matter came before the Court on James F. Lisowski, Sr., Chapter 7 Trustee's ("Trustee") Motion to Sell Debtor's Assets ("Motion"). [Dkt. 19]. The Trustee gave notice of the Motion pursuant to Federal Rules of Bankruptcy Procedure 2002 and 6004. No oppositions to the Motion were filed.

       Peter J. Goatz appeared for the Trustee. No other parties appeared at the hearing.

- 1 -

10010-01/520679

The Court read and considered the papers submitted in connection with the Motion, and heard and considered the arguments of counsel at the hearing. Good cause appearing,

**IT IS ORDERED** that the Court approves the Motion in its entirety.

**IT IS FURTHER ORDERED** that the Trustee may sell the Liquor License (LT16-0093) free and clear of all liens, charges, interest, and encumbrances pursuant to 11 U.S.C. § 363(b) and (f).

**IT IS FURTHER ORDERED** that Ms. Bang Ja Kim shall pay the remaining balance of ten thousand dollars ($10,000) within five (5) days of entry of this Order.

**IT IS FURTHER ORDERED** that Ms. Bang Ja Kim shall bring current all outstanding fees due on the Liquor License.

**IT IS FURTHER ORDERED** that upon the payment of the balance due, and once all outstanding fees have been paid, the Trustee may sell the Liquor License to Ms. Bang Ja Kim.

IT IS SO ORDERED.

PREPARED AND SUBMITTED BY:

ANTHONY A. ZMAILA LIMITED PLLC

Anthony A. Zmaila (NV Bar No. 2319)
Peter J. Goatz (NV Bar No. 11577)
265 East Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119

*Attorneys for James F. Lisowski, Sr., Chapter 7 Trustee*

10010-01/520679

## RULE 9021 CERTIFICATE

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The Court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appearing at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

ANTHONY A. ZMAILA LIMITED PLLC

_____
Anthony A. Zmaila (NV Bar No. 2319)
Peter J. Goatz (NV Bar No. 11577)
265 East Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119

*Attorneys for James F. Lisowski, Sr., Chapter 7 Trustee*

###

10010-01/520679